STATE of Missouri, Respondent,

v.

Mark HARRIS, Appellant.

No. WD 39904.

Missouri Court of Appeals,
Western District.

June 12, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 1990.

Sean D. O'Brien, Public Defender, Mary F. Clark, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

ORDER

PER CURIAM.

Appeal from conviction of robbery in the first degree and armed criminal action, and from denial of appellant's Rule 29.15 motion.

Affirmed. Rule 30.25(b) and 84.16(b).